IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

LARRY L. THOMAS, JR.,                         *

          Plaintiff,                         *

v.                                              Case No.  7:25-cv-13 (WLS-ALS)

                                *

JUDGE JAMES PRINE, et al.,

                                *

          Defendants.

                                *

## J U D G M E N T

Pursuant to this Court's Orders dated 5/22/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

   This 22nd day of May, 2026.

                       David W. Bunt, Clerk


                       s/ Katie Logsdon, Deputy Clerk